GEORGE L. SAWYER, Appellant, *v.* AMERICAN INSURANCE COMPANY OF NEWARK, NEW JERSEY, Respondent.

(Argued December 11, 1935; decided January 8, 1936.)

*Simone N. Gazan* for appellant.

*Arthur M. Boal* and *Francis J. Fitzpatrick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.